**Brief Stricken, Motion to Extend Time to File Brief Dismissed as Moot, and Order filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00150-CV
_____

### GLENN JOHNSON, Appellant

### V.

### WILLIAM VILLATORO, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1105737**

## O R D E R

On January 9, 2019, appellant filed a brief that does not comply with the Texas Rules of Appellate Procedure. The brief fails to comply with Rule 38.1(g) because the Statement of Facts is not supported by record references. *See* Tex. R. App. P. 38.1(g). The brief fails to comply with Rule 38.1(i) because the brief must contain, under an appropriate heading, a clear and concise argument for the

contentions made with appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1(i).

Accordingly, we **STRIKE** appellant's brief. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by **January 29, 2019**.

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). If appellant fails to timely file a brief in accordance with Rule 38, the appeal may be dismissed for want of prosecution or the trial court's judgment affirmed based on appellee's brief. *See* Tex. R. App. P. 38.8(a)(1), (3).

On December 13, 2018, appellant filed a motion to extend time to file a brief. The motion is dismissed as moot.

PER CURIAM